IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK JAMES BRYANT, | ] | |
| Movant, | ] | |
| vs. | ] | CV-10-KOB-RRA-8031-S |
| | ] | CR-08-KOB-RRA-0079-S |
| THE UNITED STATES OF AMERICA, | ] | |
| Respondent. | ] | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation recommending that the court deny the § 2255 Motion to Vacate (doc. 8) because the petitioner knowingly and voluntarily waived his right to appeal his sentence. No parties have filed any objections.

After careful consideration of the record in this case de novo and the magistrate judge's report and recommendation, the court ADOPTS the report of the magistrate judge and ACCEPTS his recommendations. The court finds that the petitioner knowingly and voluntarily waived his rights to appeal and is precluded from challenging his conviction or sentence either on appeal or in a § 2255 motion.

Accordingly, the court DENIES the § 2255 Motion to Vacate. The court will enter an appropriate order.

DONE and ORDERED this 21st day of September, 2012.

_/s/ Karon O. Bowdre_
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE